

**RECEIVED FEB 1 8 2020 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.**

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/20

February 15, 2020

Hon. Kimba M. Wood
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

## MEMO ENDORSED

Re: United States v. Velasquez, et al
    Including Sal Castro, true name Sammy Velasquez
    19 Cr.116 (KMW)
    11 Cr 724 Violation Supervised Release (KMW)

Dear Judge Wood:

Please accept this correspondence as a request to adjourn the combined sentencing of Sammy Velasquez currently scheduled for March 3, 2020 to date in mid-April convenient to the Court.  ] *Granted. See below.*

This is the first such request. The application is made for a number of reasons, primarily to acquire relevant materials to assist in the preparation of a sentencing submission.

Additionally, I have a schedule conflict in that I have oral argument before the Circuit that day and am starting trial before the Hon. Paul A. Engelmayer in United States v. Carl Andrews, 19 CR 131(PAE) that Monday, March 9, 2020.

Respectfully submitted,

Alan Nelson

*The sentencing is adjourned to April 9, 2020, at 11:00 a.m*

cc: AUSA Michael Krause (ECG)     2-20-20

SO ORDERED: *Kimba M. Wood*
HON. KIMBA M. WOOD, U.S.D.J.