# ALAN M. NELSON
### ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/20

March 17, 2020

Hon. Kimba M. Wood
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: United States v. Velasquez, et al
Including Sal Castro, true name Sammy Velasquez
19 Cr.116 (KMW)
11 Cr 724 Violation Supervised Release (KMW)

Dear Judge Wood:

Please accept this correspondence as a request to adjourn the combined sentencing of Sammy Velasquez currently scheduled for April 9, 2020 to date in mid-May convenient to the Court.  ] Granted

This is the second such request. The application is made for a number of reasons, primarily to acquire relevant materials to assist in the preparation of a sentencing submission, to review the Pre-sentence Report with Mr. Castro and to discuss a number of issues Mr. Castro has asked me to review concerning recent events related to a related case in the District of New Jersey that impact upon the sentencing herein

I have been on trial befor ehte Hon. Paul A. Engelmayer since Marcch 9, 2020. Yesterday the Court stayed the trial in light of COVID-19 concerns. Additionally, legal visits to tne MCC have been suspended as of this week, which impact upon my ability to meet with Mr. Castro.

Respectfully submitted,

Alan Nelson

cc: AUSA Michael Krause (ECG)

Sentencing is adjourned to May 19, 2020, at 11:00 a.m. Defendant's submission is due May 12. Government submission is due May 14.

SO ORDERED: N.Y., N.Y. 3/23/20

Kimba M. Wood

KIMBA M. WOOD
U.S.D.J.