USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/3/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

SAL CASTRO

                          Defendant.
---------------------------------------------------------X

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court refers the defendant's April 3, 2020, bail application to Magistrate's Court.

      SO ORDERED.

Dated: New York, New York
     April 2, 2020

                                      /s/ Kimba M. Wood /
                                  KIMBA M. WOOD
                              United States District Judge