**BENJAMIN HEINRICH, P.C.**
ATTORNEY AT LAW
189 EAST 163rd STREET
BRONX, NEW YORK 10451

E MAIL Ben@bheinrichpc.com
www.thebronxcriminallawyer.com

TELEPHONE 718-588-4400
FAX 718-588-4716
CELL 914-552-5750

April 23, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/20

**VIA ECF**
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Sal Castro,</u> 19 Cr. 116 (KMW)

Your Honor:

I am writing this letter seeking an adjournment of the sentencing of Mr. Castro as well as an extension of time within which to file a defense memorandum in support of sentencing. This application is being made in view of several factors. First, I am newly retained counsel and I have yet to be able to meet with Mr. Castro in MDC due to the current pandemic and its' restrictions on all of us. Second, it is highly unlikely that the quarantine orders that we are all under at present would be lifted in time for the sentencing as currently scheduled to occur. I am requesting that the sentencing be adjourned to the first week in Septembe, 2020 and that counsel be afforded until the first week in August to file a sentencing memorandum.

Respectfully submitted,

*Benjamin Heinrich*
Benjamin Heinrich, Esq,
Counsel for defendant-Sal Castro

cc.: AUSA Michael Kraus (ECF)

Sentencing is adjourned to September 3, 2020, at 11:00 a.m. Defendant's submission is due by August 13, 2020. Government submission is due by August 20, 2020

Kimba M. Wood  4/27/20
SO ORDERED