# BENJAMIN HEINRICH, P.C.

**ATTORNEY AT LAW**
**189 EAST 163rd STREET**
**BRONX, NEW YORK 10451**

E MAIL **Ben@bheinrichpc.com**                    TELEPHONE 718-588-4400
**www.thebronxcriminallawyer.com**                    FAX 718-588-4716
                                                  CELL 914-552-5750

**October 1, 2020**

<u>**VIA ECF**</u>
Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*United States v. Sal Castro,*</u> <u>19</u> Cr. 116 (KMW)

Your Honor:

      I am writing this letter requesting that the date last set by the Court for sentencing be converted to a status conference. The reason for this request is that I have been informed by Mr. Castro that he has filed a pro se motion to withdraw his guilty plea. Although I have not received an actual copy of the motion as filed, I have viewed most of what was submitted via e mail communication with my client. The arguments Mr. Castro puts forward, inartfully, are not frivolous. In fact, they are problematic for a number of reasons. I have not, as of this writing, discussed this with the government, although I have reached out and I am awaiting a call back.

      I will keep the Court informed of the government's position as soon as I am told what their position on this application is.

.
Respectfully submitted,

*Benjamin Heinrich*
Benjamin Heinrich, Esq,
Counsel for defendant-Sal Castro

cc.:   AUSA Michael Kraus (ECF)