

**BENJAMIN HEINRICH, P.C.**
ATTORNEY AT LAW
189 EAST 163rd STREET
BRONX, NEW YORK 10451

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/20

E MAIL Ben@bheinrichpc.com
www.thebronxcriminallawyer.com

TELEPHONE 718-588-4400
FAX 718-588-4716
CELL 914-552-5750

October 1, 2020

**VIA ECF**

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Sal Castro,* 19 Cr. 116 (KMW)

Your Honor:

  I am writing this letter requesting that the date last set by the Court for sentencing be converted to a status conference. The reason for this request is that I have been informed by Mr. Castro that he has filed a pro se motion to withdraw his guilty plea. Although I have not received an actual copy of the motion as filed, I have viewed most of what was submitted via e mail communication with my client. The arguments Mr. Castro puts forward, inartfully, are not frivolous. In fact, they are problematic for a number of reasons. I have not, as of this writing, discussed this with the government, although I have reached out and I am awaiting a call back.

  I will keep the Court informed of the government's position as soon as I am told what their position on this application is.

Respectfully submitted,

*Benjamin Heinrich*
Benjamin Heinrich, Esq,
Counsel for defendant-Sal Castro

cc.:   AUSA Michael Kraus (ECF)

[Handwritten annotations: "Granted" next to sentencing request paragraph. "The Court will submit a remote proceedings request, for Mr. Castro, for Tuesday, October 20, and Tuesday, October 27 as an alternate date."]

SO ORDERED:  N.Y., N.Y.  10/5/20

_____
KIMBA M. WOOD
U.S.D.J.