UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

SAL CASTRO,

                      Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

    The Court has received defense counsel's December 17, 2020, letter, which details a potential conflict of interest in this case.

    Based on defense counsel's representation that defendant is not willing to waive any potential conflicts of interest, the Court hereby appoints CJA attorney on duty today, Zachary Margulis-Ohnuma, to represent the defendant. Mr. Moskowitz shall contact Mr. Margulis-Ohnuma and turn over any filed and documents in his possession.

    New counsel shall submit a proposed motion schedule to the Court by January 19, 2021.

    SO ORDERED.

Dated: New York, New York
         December 21, 2020

                                                          KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE