# Law Offices of
# Daniel A. McGuinness, PC
260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

April 13, 2021

**VIA ECF**

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Sal Castro,* 19-cr-116(KMW)

Dear Judge Wood:

 I am assigned counsel for Mr. Castro in this matter. Prior to my appointment in this matter, Mr. Castro plead guilty pursuant to a plea agreement. Following multiple changes of counsel, Mr. Castro submitted a pro se motion to withdraw his guilty plea. After having the opportunity to confer with Mr. Castro, he respectfully requests to withdraw that motion and proceed to sentencing. I am requesting a sentencing date approximately 60 days from the date of this submission.

 I thank the Court for its attention to this matter.

Very truly yours,

Daniel A. McGuinness

Cc: All Counsel (via ECF)