# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

260 MADISON AVE, 17TH FLOOR, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX: (888)-679-0585 · EMAIL: DAN@LEGALMCG.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/21
```

April 13, 2021

**VIA ECF**

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Sal Castro*, 19-cr-116(KMW)

Dear Judge Wood:

      I am assigned counsel for Mr. Castro in this matter. Prior to my appointment in this matter, Mr. Castro plead guilty pursuant to a plea agreement. Following multiple changes of counsel, Mr. Castro submitted a pro se motion to withdraw his guilty plea. After having the opportunity to confer with Mr. Castro, he respectfully requests to withdraw that motion and proceed to sentencing. I am requesting a sentencing date approximately 60 days from the date of this submission.

      I thank the Court for its attention to this matter.

*[Handwritten endorsement:]* Sentencing is scheduled for June 30, 2021, at 12:00pm. Any further submissions are due by June 16. Government response is due by June 23.

Very truly yours,

Daniel A. McGuinness

Cc: All Counsel (via ECF)

SO ORDERED:  N.Y., N.Y.  4/14/21

*/s/ Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.