# Law Offices of
# Daniel A. McGuinness, PC

260 Madison Ave, 17th Floor, New York, NY 10016
Tel: (212) 679-1990 · Fax: (888)-679-0585 · Email: dan@legalmcg.com

June 22, 2021

<u>VIA ECF</u>

The Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   <u>United States of America v. Sal Castro, 19 Cr. 116 (KMW)</u>

Dear Judge Wood,

    I am assigned counsel for Mr. Castro in the above-captioned matter. I write to request a 60-day adjournment of Mr. Castro's sentencing, which is currently scheduled for June 30th at 12pm. The Court recently approved an expert to assist in preparing sentencing materials who requires additional time to complete his work. Additionally, there are pending document requests related to sentencing including medical and school records. As such, I respectfully request a 60-day adjournment of sentencing. The government consents to this request.

    I thank the Court for your consideration of this request.

                                                 Very truly yours,

                                                 Daniel A. McGuinness

Cc: All Counsel (via ECF)