UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

SAL CASTRO,

                      Defendant.
----------------------------------------------------------------x

19  CR 116 (KMW)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/30/21

     WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a

Magistrate Judge on October 16, 2019;

     WHEREAS, a transcript of the allocution was made and thereafter transmitted to the

District Court; and

     WHEREAS, upon review of the transcript, this Court has determined that the defendant

entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty

plea,

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


     SO ORDERED.


Dated:  New York, New York
        August 26, 2021

                              KIMBA M. WOOD
                     UNITED STATES DISTRICT JUDGE