UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

SAL CASTRO,
a/k/a Sammy Velasquez

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 116 (KMW)
11 CR 724 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21

KIMBA M. WOOD, District Judge:

       Sentencing for the above-captioned defendant, currently scheduled for September 2, 2021, is adjourned to October 6, 2021, at 2:00 p.m.

       SO ORDERED.

Dated: New York, New York
         September 2, 2021

                                              /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE