

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
New York, New York 10007

   Re: **United States v. Vasquez**, 19 Cr. 116 (KMW)

Dear Judge Wood:

  Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

  Thank you very much for the Court's consideration.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney

      by: _____
          Michael Kim Krouse
          Assistant United States Attorney
          (212) 637-2279

cc: Counsel of Record (by ECF)