UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

SAL CASTRO,

                  Defendant.

-------------------------------------------------------X

|   |   |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED:  June 26, 2023 | |

19-CR-116 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Sal Castro, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 390.)   The Government shall respond to Defendant's motion by July 14, 2023.   Defendant's reply, if any, must be submitted by August 22, 2023.   If Defendant replies, Defendant must state whether he has exhausted his administrative remedies.[1]   The Clerk of Court is respectfully directed to mail a copy of this Order, along with a copy of Defendant's unredacted motion and attachments, to Defendant.

    SO ORDERED.

Dated:  New York, New York
         June 26, 2023                                           */s/ Kimba M. Wood*
                                                                    KIMBA M. WOOD
                                                         United States District Judge

---

[1] A defendant may move under Section 3582(c)(1)(A) only after the defendant has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A).