```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 29, 2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

SAL CASTRO,

                     Defendant.

19-CR-116 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

Defendant Sal Castro, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Def.'s Mot., ECF No. 390.) Defendant claims that the Bureau of Prisons ("BOP") has failed to treat his schizophrenia. (*Id.* at 1-2.) The Government is ORDERED to provide the Court with a letter from BOP addressing whether its physicians have (1) evaluated Castro for schizophrenia; and (2) diagnosed Castro with schizophrenia. If BOP's physicians have evaluated Castro for schizophrenia, and diagnosed Castro with schizophrenia, BOP should outline any treatments BOP's physicians have provided, or recommended to Castro, to treat his schizophrenia.

The Government is ordered to provide the Court with a copy of BOP's letter by March 15, 2024.[1] The Clerk of Court is respectfully directed to mail a copy of this Order to Castro.

    SO ORDERED.

Dated: New York, New York
       February 29, 2024

                                          /s/ Kimba M. Wood
                                           KIMBA M. WOOD
                                      United States District Judge

---

[1] The Government should file BOP's letter under seal.